[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  16-12279

_____

D.C. Docket No. 1:16-cv-00191-KD-M

VERNON MADISON,

Petitioner–Appellant,

versus

COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS,

Respondent–Appellee.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(January 24, 2018)

Before WILSON, MARTIN, and JORDAN, Circuit Judges.

MARTIN, Circuit Judge:

The United States Supreme Court reversed our March 15, 2017 opinion in

this matter on November 6, 2017 and denied a Petition for Rehearing on January 8,

2018.  Our opinion is therefore VACATED, and this action is remanded to the

District Court for reinstatement of the judgment denying habeas relief.